# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**ZACHARY JAMES FRATTAROLI**

**INITIAL APPEARANCE**
**on Criminal Complaint**

CASE NUMBER **26-mj-514**

---

HONORABLE STEPHEN C. DRIES, presiding
Deputy Clerk: Alex V.
Hearing Held: September 22, 2026, at 3:30 p.m.

Court Reporter: Liberty
Hearing Began: 3:35 p.m.
Hearing Ended: 3:45 p.m.

**Appearances:**

UNITED STATES OF AMERICA by: Katie Halopka-Ivery
ZACHARY JAMES FRATTAROLI, in person, and by: Alexandra Douglas ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Jennifer Cravatta
INTERPRETER: ☑ None ☐ Sworn

---

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☑ **Preliminary Hearing/Arraignment and Plea set for October 15, 2026 at 10:00 a.m.**
☐ Government requests 3-day hold. Detention Hearing set for Date at Time. *See* Order of Temporary Detention.

---

Maximum Penalties:
Mandatory minimum of 5 years up to 20 years of imprisonment; $250,000 fine; at least 5 years to life of supervised release.

The government did not seek detention. The Court ordered the defendant’s release with conditions.

Preliminary Hearing/Arraignment and Plea set for 10/15/2026 at 10:00 a.m.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.