CLERK'S OFFICE
A TRUE COPY
Sep 22, 2026
s/ ...
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

United States of America
v.
Zachary James Frattaroli
(DOB: xx/xx/2003)

*Defendant*

Case No. 26-MJ-514 (SCD)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Zachary James Frattaroli (DOB: xx/xx/2003),

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

receipt of child sexual assault material (CSAM), in violation of 18 U.S.C. § 2252A(a)(2)(A).

Date: September 22, 2026

Stephen C. Dries
*Issuing officer's signature*

City and state: Milwaukee, Wisconsin

Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 09/22/26, and the person was arrested on *(date)* 09/22/26
at *(city and state)* Cudahy, WI.

Date: 09/22/26

[signature]
*Arresting officer's signature*

GARY ROY SA
*Printed name and title*